

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>                  Plaintiff,<br>vs.<br><br>CHSI OF CALIFORNIA, INC., et al.,<br>                  Defendants. | CASE NO. 12-cv-01611-BEN-JMA<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS, STAY, AND STRIKE**<br><br>[Docket No. 16] |

Presently before the Court is Plaintiff Navigators Specialty Insurance Company's *ex parte* application for an order continuing the October 9, 2012 hearings on Defendants' various motions to dismiss, stay and strike. (Docket No. 16). Plaintiff requests a continuance so that those motions can be heard with its own Motion for Summary Judgment, which the Court has scheduled for hearing on October 29, 2012. Both Defendant California Restaurant Mutual Benefit Corporation and Defendants CHSI of California, CHSI of Nevada, and John Kalb have filed briefs opposing the requested continuance.

A district court has "inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *United States v. U.S. Dist. Court for the N. Mar. I.*, 2012 WL 3984406, at *4 (9th Cir. Sept. 12, 2012) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). For good cause shown, Plaintiff's *Ex Parte* Motion is **GRANTED**. All

1 | motions in this matter scheduled for hearing on October 9, 2012 are continued to October 29, 2012
2 | at 10:30 a.m. in Courtroom 3.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED: October 3, 2012
6 | HON. ROGER T. BENITEZ
   | United States District Court Judge